SCHROEDER (WILLIAM), Appellant, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILWAY COMPANY, Respondent.

For the appellant: *Martin & Martin* of Green Bay.

For the respondent: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Kneeland A. Godfrey* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

BRAUN, Appellant, vs. MERTEN, Respondent.

For the appellant: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondent: *Emil Hersh* and *Herbert Morse,* both of Milwaukee.

*By the Court.*—Order affirmed.

BODENSTEIN, Respondent, vs. WUTSCHEL, Appellant.

For the appellant: *Brennan, Lucas & McDonough* of Milwaukee.

For the respondent: *Herman M. Knoeller* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on January 10, 1933.